No. 69391.—Rosko Steele, Inc. *v.* United States, protest 64/12590 (Seattle).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of novelty figures, not chiefly used for the amusement of children, which have as an essential feature an electrical element or device, the claim of the plaintiff was sustained.